**David L. YOUNG, Sr., Plaintiff–Appellant**

v.

**WAYNESVILLE R–VI SCHOOL DISTRICT; Judene Blackburn; Jon W. Oetinger; Thomas Elliott; Emma Clark; Marie Freeman; Darrel Vaughan, Defendants–Appellees.**

No. 13–1413.

United States Court of Appeals, Eighth Circuit.

Submitted: July 29, 2013.

Filed: Aug. 7, 2013.

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

David L. Young, Sr. appeals from the district court's[1] dismissal, with prejudice, of his employment-discrimination action as time-barred. He challenges the dismissal of his complaint and the denial of his motion for appointed counsel. Upon careful review, *see Strand v. Diversified Collec-*

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.

*tion Serv., Inc.,* 380 F.3d 316, 317 (8th Cir.2004) (grant of motion to dismiss reviewed de novo); *Stevens v. Redwing,* 146 F.3d 538, 546 (8th Cir.1998) (denial of request for appointed counsel reviewed for abuse of discretion), this court finds no basis for reversal and affirms the judgment of the district court. *See* 8th Cir. R. 47B.